JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLE, | Case No. 2:25-cv-1609-TJH (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| LEANNA LUNDY, Warden, | |
| Respondent. | |

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: June 27, 2025

TERRY J. H
UNITED STATES DISTRICT JUDGE